## FIFTH DEPARTMENT, MARCH TERM, 1889.

The People of the State of New York ex rel. William L. Waterman, Appellant, v. David H. Knapp and others, School Trustees, etc., Respondents. — Order affirmed, without costs. Opinion by Daniels, J.

William Berke, Respondent, v. The Twenty-third Street Railway Company, Appellant. — Order and judgment affirmed. Opinion by Daniels, J.

James Murphy, Respondent, v. Edward Marscheider, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J.

Manuel Silberstein, by his Guardian, etc., Respondent, v. The Houston Street, West Street, etc., Railroad Company, Appellant.—Judgment and order reversed and new trial ordered upon payment by defendant of costs of the trial, and ten dollars costs of opposing the motion, with costs of the appeal to the appellant to abide the event, unless the plaintiff, within twenty days after notice of this decision, shall stipulate to reduce the verdict to the sum of $10,000; and if that stipulation shall be given, then the judgment, as so modified, should be affirmed, without costs of the appeal to either party. Opinion by Daniels, J.; dissenting opinion by Van Brunt, P. J.

Edward Uhl, Respondent, v. Thomas Loughran, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J.

Henry R. Pierson, as Receiver, etc., Respondent, v. Andrew W. Morgan and others, Appellants. — Order affirmed, with costs. Opinion by Bartlett, J.

Henry Welsh, Appellant, v. John Taylor, Respondent. — Reargument ordered on the question of abandonment.

Max Abenheim, Respondent, v. Edward Samuels, Appellant. — Motion denied, with ten dollars costs. Opinion Per Curiam.

Edward A. Robertson and others, Appellants, v. Lewis A. Sayre, Respondent. — Motion denied.

Fritz Grossman, Respondent, v. The Supreme Lodge, Knights and Ladies of Honor, Appellants. — Appeal dismissed, with costs. Opinion by Bartlett, J.

Arthur Furber, Appellant, v. Alexander L. McCarthy, Respondent. — Motion denied upon appellant paying ten dollars costs of motion and stipulating to argue at next term of the court.

Robert J. Dean and others, Respondents, v. Marshall S. Driggs, Appellant. — Motion denied upon defendants stipulating to argue appeal at next term of court and paying ten dollars costs of this motion.

Adele Bernheimer and others, Respondents, v. Thomas Kilpatrick, Appellant.—Motion denied on payment by appellant of ten dollars costs and stipulating to argue appeal at next term of the court.

In the Matter of the Revocation of the Probate of the Will of Ann Voorhis, Deceased. — Motion denied.

Leopold Lindan, Appellant, v. Royal Insurance Company. Respondent. — Motion denied.

Edward D. Farrell, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Order affirmed, with costs. Opinion by Bartlett, J.

Leopold Labalt, Respondent, v. Joseph Schuloff and others, Appellants. — Order reversed and attachment vacated, with costs. Opinion by Bartlett, J.

Henry S. Waugh, Respondent, v. Charles O. Bailey and others, Defendants, Noah B. Shute, Purchaser, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Richard H. Bull, Appellant, v. Maier Rotchschild, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. Frederick Perry v. Lucius J. N. Stark and others, Commissioners, etc. — Writ dismissed, with costs. Opinion by Van Brunt, P. J.

The Hoboken Beef Company (Limited), Respondent, v. Carl Loeffel, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Mary Fleming Smith and others, Respondents, v. The Co-operative Life and Accident Association and others, Appellants. — Order reversed, with costs and disbursements and attachment vacated. Opinion by Bartlett, J.

In the Matter of the Application of the United States Mercantile Reporting and Collecting Association, etc.

Appeal by the United States Mercantile Reporting Company.—Order reversed, without costs. Opinion by Bartlett, J.

John Betjemann, Respondent, v. Emerson Brooks and others, Executors, etc., Appellants.— Order affirmed, with costs and disbursements. Opinion by Bartlett, J.

Frederick Hoeninghaus and others, Appellants, v. Francisque Chaleyer and others, Respondents. — Order reversed, with costs and disbursements. Opinion by Bartlett, J.

| 52h | 611 |
| --- | --- |
| Case 26 | |
| 65 AD | 30 |

Charles B. Baeder (Trading as Baeder, Adamson & Co.), Appellant, v. William A. Baeder and others, Respondents. — Order affirmed, with disbursements. Opinion by Macomber, J.

William C. Smith, Appellant, v. Walter S. Johnston, Receiver, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

In the Matter of the Estate of Jacob Straut, Deceased.—Order affirmed, with costs. Opinion by Macomber, J.

William Hadden, Plaintiff, v. Richard S. Waring, Defendant. — New trial granted, with costs to the defendant to abide the event. Opinion by Macomber, J.

Henry Feuchtwanger and others, Respondents, v. Leo C. Dessar, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Joseph P. McTeague, Appellant, v. Mary McTeague and others, Respondents. — Judgment affirmed, with costs. Opinion by Macomber, J.

Simeon J. Drake, Respondent, v. R. Suydam Grant and others, Executors etc., Appellants.— Judgment affirmed, with costs. Opinion by Macomber, J.

Huldah H. Clapp v. Robert C. Clapp and others. In the Matter of the Receivership of Thomas B. Rand. — Motion granted.

Charles Hubbard and others, Appellants, v. Joseph T. Farrington, Respondent.—Judgment affirmed, with costs. Opinion by Macomber, J.

## FIFTH DEPARTMENT, MARCH TERM, 1889.

Philip W. Scribner, Assignee, etc., Respondent, v. Maurice Levy, Appellant. — Judgment affirmed. Opinion by Dwight, J.; Childs, J. not sitting.

Lydia Patterson, Appellant, v. Alfred E. Burnett, Respondent, Impleaded, etc. — Interlocutory judgment affirmed; order appealed from reversed; final judgment modified by deducting therefrom the additional allowances of costs, and, as modified, affirmed, without costs of this appeal to either party. Opinion by Dwight, J.